UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Eric R. Tyler,

Debtor.

BKY 13-34759

**NOTICE OF SETTLEMENT**

TO:   United States Trustee, all creditors and other parties in interest.

On October 24, 2014(at least 28 days from date of Notice), or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will settle a controversy as follows:

> Debtor disclosed that there was pending at the time of the filing of bankruptcy a discrimination claim against My Eye Doctor Optometrists, LLC. This claim was pending in Virginia. Debtor suffers from Attention Deficit Hyperactivity Disorder. He was terminated within the first month of employment on the basis that he had become overwhelmed with the patient load and that he was told the employment was not a 'good fit' for him. Debtor made claim against the defendant seeking to be reinstated and for damages. The defendant has refused to offer settlement. The matter is being considered by the EEOC. Trustee and Debtor have agreed that Trustee will assign his interest in the claim to the Debtor in exchange for the sum of $3,000.00. Trustee believes this is appropriate because Trustee would be required to employee separate labor counsel in the state of Virginia which would result in substantial costs, and because the Debtor's major goal is to be re-employed and this produces dichotomy of interests between the bankruptcy estate and the Debtor. Therefore Trustee believes this settlement is appropriate.

**OBJECTION; MOTION; HEARING**. Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the undersigned trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| Clerk of Bankruptcy Court | United States Trustee | Trustee |
|---|---|---|
| US Courthouse | 1015 US Courthouse | (see below) |
| 316 North Robert St., Ste 200 | 300 Fourth Ave. So. | |
| St. Paul, MN  55101 | Minneapolis, MN 55415 | |

Dated:  September 26, 2014            _____/e/ John A. Hedback_____
John A. Hedback, Trustee
2855 Anthony Lane South, Suite 201
St. Anthony, MN  55418
(612) 436-3280