UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

BKY 13-34759

Eric R. Tyler,

**NOTICE OF SETTLEMENT**

Debtor.

_____

TO:    United States Trustee, all creditors and other parties in interest.

On October 24, 2014(at least 28 days from date of Notice), or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will settle a controversy as follows:

> Debtor disclosed that there was pending at the time of the filing of bankruptcy a discrimination claim against My Eye Doctor Optometrists, LLC. This claim was pending in Virginia. Debtor suffers from Attention Deficit Hyperactivity Disorder. He was terminated within the first month of employment on the basis that he had become overwhelmed with the patient load and that he was told the employment was not a 'good fit' for him. Debtor made claim against the defendant seeking to be reinstated and for damages. The defendant has refused to offer settlement. The matter is being considered by the EEOC. Trustee and Debtor have agreed that Trustee will assign his interest in the claim to the Debtor in exchange for the sum of $3,000.00. Trustee believes this is appropriate because Trustee would be required to employee separate labor counsel in the state of Virginia which would result in substantial costs, and because the Debtor's major goal is to be re-employed and this produces dichotomy of interests between the bankruptcy estate and the Debtor. Therefore Trustee believes this settlement is appropriate.

**OBJECTION; MOTION; HEARING**. Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date.  If an objection is made or an order is required, the undersigned trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| Clerk of Bankruptcy Court | United States Trustee | Trustee |
|---|---|---|
| US Courthouse | 1015 US Courthouse | (see below) |
| 316 North Robert St., Ste 200 | 300 Fourth Ave. So. | |
| St. Paul, MN  55101 | Minneapolis, MN 55415 | |

Dated:  September 26, 2014            _____/e/ John A. Hedback_____
John A. Hedback, Trustee
2855 Anthony Lane South, Suite 201
St. Anthony, MN  55418
(612) 436-3280

```
                        United States Bankruptcy Court
                             District of Minnesota

In re:                                                      Case No. 13-34759-KAC
Eric Richard Tyler                                          Chapter 7
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0864-3          User: debbie              Page 1 of 2          Date Rcvd: Sep 26, 2014
                              Form ID: pdf013           Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2014.
db            +Eric Richard Tyler,    490 Temperance Street # 207,    St. Paul, MN 55101-2362
intp          +PNC Bank, N. A.,    4500 Park Glen Road,    Suite 300,    St. Louis Park, MN 55416-4891
60480481      +ACSCOLLEGE LOAN CORP,    501 BLEECKER ST,    UTICA NY 13501-2401
60480482      +AHELAGLELSI,    2401 INTERNATIONAL LANE,    MADISON WI 53704-3121
60480483      +AURORA BANK FSB,    601 5TH AVENUE,    SCOTTSBLUFF NE 69361-3581
60487770       American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
60480486     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: BANK OF AMERICA NA,     4161 PIEDMONT PKWY,   GREENSBORO NC 27410)
60480485      +BANK OF AMERICA,    ATTN CA6-919-02-41,    PO BOX 5170,    SIMI VALLEY CA 93062-5170
60480487      +BMO HARRIS BANK,    PO BOX 1111,    MADISON WI 53701-1111
60480488      +BRENDA SAUTBINE,    1396 COLONIAL DRIVE,    ROSEVILLE MN 55113-4242
60480489     #+CAPITAL ONE,    26525 N RIVERWOODS BLVD,    METTAWA IL 60045-3438
60480490      +CHASE,    PO BOX 15298,    WILMINGTON DE 19850-5298
60480491      +CITI,   PO BOX 6241,    SIOUX FALLS SD 57117-6241
60480492     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: CITIBANK SD NA,     ATTN CENTRALIZED BANKRUPTCY,    PO BOX 20363,
                KANSAS CITY MO 64195)
60501152      +DAVID DAI-WAI LUI,    2418 GALTIER ST,    ROSEVILLE MN 55113-3610
60480493      +DEPT OF EDUCATIONSALLIE MAE,    11100 USA PKWY,    FISHERS IN 46037-9203
60480494      +ELIZABETH EIDI,    8605 HALE AVENUE SOUTH,    COTTAGE GROVE MN 55016-4812
60480495      +FDSB MACYS,    9111 DUKE BLVD,    MASON OH 45040-8999
60480496      +FIRST NATIONAL BANK OF AMERICA,     1665 WEST ALAMEDA DRIVE,    TEMPE AZ 85282-3200
60480498      +FST TN BK MP,    PO BOX 1469,    KNOXVILLE TN 37901-1469
60480497      +FST TN BK MP,    CREDIT INQUIRY DEP,    KNOXVILLE TN 37995-0001
60480503      +GM FINANCIAL,    PO BOX 181145,    ARLINGTON TX 76096-1145
60480504      +HOME LOAN SERVICES,    450 AMERICAN ST,    SIMI VALLEY CA 93065-6285
60480506      +HSBC BANK,    PO BOX 5253,    CAROL STREAM IL 60197-5253
60480505      +HSBC BANK,    ATTENTION HSBC RETAIL SVCS,    PO BOX 5264,    CAROL STREAM IL 60197-5264
60480507     #+INTEGRITY SOLUTION SERVICE,    PO BOX 7230,    OVERLAND PARK KS 66207-0230
60480509     #+K THOMPSON,    6604 CENTRAL DRIVE NE,    FRIDLEY MN 55432-4608
60553886      +Kattouf Consulting,    22321 Kenwood Isle Dr.,    Bonita Springs, Florida 34135-7244
60480510      +LAURA GOUDE,    2402 109TH AVENUE NW 209,    FRIDLEY MN 55433-3945
60480511      +MACYSFDSB,   ATTN BANKRUPTCY,    PO BOX 8053,    MASON OH 45040-8053
60480513      +OWEN LOAN SERVICING,    3451 HAMMOND AVE,    WATERLOO IA 50702-5345
60480514      +PNC MORTGAGE,    6 N MAIN STREET,    DAYTON OH 45402-1908
60480515      +PNC MORTGAGE,    6 NORTH MAIN STREET,    DAYTON OH 45402-1908
60480516      +PNC MORTGAGE,    ATTENTION BANKRUPTCY,    6750 MILLER ROAD,    BRECKSVILLE OH 44141-3262
60480517      +PRINTERS ROW,    1801 AMERICAN BOULEVARD EAST STE 21,     BLOOMINGTON MN 55425-1230
60480519      +REBECCA BALDWIN,    2604 ALDINE STREET,    ROSEVILLE MN 55113-2803
60480520      +RICHARD AND LINDA TYLER,    2990 SHERRY COURT,    LITTLE CANADA MN 55117-4639
60480521      +RNB - MFLDS,    3701 WAYZATA BLVD,    MINNEAPOLIS MN 55416-3401
60745147      +SONNY PASCALE,    947 LENA ST,    NORFOLK, VA 23518-2732
60480523      +STEARNS BANK,    38877 - 10TH AVENUE,    NORTH BRANCH MN 55056-6999
60480524      +STEFFANEY WISEN,    3421 143RD AVENUE NE,    HAM LAKE MN 55304-6642
60559166      +Smith Schafer,    6800 France Avenue, Suite 178,    Edina, MN 55435-2004
60480525      +TARGET CREDIT CARD,    CO FINANCIAL RETAIL SVCS,    MAILSTOP BT PO BOX 9475,
                MINNEAPOLIS MN 55440-9475
60480526      +TRICIA HISCHER,    6161 EGG LAKE ROAD N,    HUGO MN 55038-9212
60480527      +US DEPT OF EDUCATION,    ATTN BANKRUPTCY,    PO BOX 16448,    SAINT PAUL MN 55116-0448
60480528      +US DEPT OF EDUCATION,    PO BOX 5609,    GREENVILLE TX 75403-5609
60480530      +WELLS FARGO BANK NA,    PO BOX 31557,    BILLINGS MT 59107-1557
60480529      +WELLS FARGO BANK NA,    ATTN MAC P6103-05K,    PO BOX 3908,    PORTLAND OR 97208-3908
60480531       WELLS FARGO SBA LOAN,    PO BOX 2715,    WINSTON SALEM NC 27102-2715

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
60480500      +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2014 22:12:58      GECRBBANANA REPUBLIC,
               PO BOX 965005,   ORLANDO FL 32896-5005
60480499      +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2014 22:13:48      GECRBBANANA REPUBLIC,
               ATTN BANKRUPTCY,    PO BOX 103104,   ROSWELL GA 30076-9104
60480501      +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2014 22:12:10      GECRBCARE CREDIT,
               950 FORRER BLVD,    KETTERING OH 45420-1469
60480502      +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2014 22:12:58      GECRBCARE CREDIT,
               ATTN BANKRUPTCY,    PO BOX 103104,   ROSWELL GA 30076-9104
60480508       E-mail/Text: cio.bncmail@irs.gov Sep 26 2014 22:08:05      INTERNAL REVENUE SERVICE,
               CINCINATTI OH 45999
60480512       E-mail/Text: mdor.bkysec@state.mn.us Sep 26 2014 22:07:58      MN DEPT OF REVENUE,
               PO BOX 64649,    ST PAUL MN 55164-0649
60480522      +E-mail/PDF: pa_dc_claims@navient.com Sep 26 2014 22:12:59      SALLIE MAE,
               ATTN CLAIMS DEPARTMENT,    PO BOX 9500,   WILKES-BARRE PA 18773-9500
60480532      +E-mail/Text: bankruptcies@wingsfinancial.com Sep 26 2014 22:08:43      WINGS FINANCIAL FCU,
               14985 GLAZIER AVE STE 100,    APPLE VALLEY MN 55124-7490
                                                                                              TOTAL: 8
```

```
District/off: 0864-3          User: debbie               Page 2 of 2              Date Rcvd: Sep 26, 2014
                              Form ID: pdf013            Total Noticed: 57

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp              Wells Fargo Bank, NA
60480518*        +PRINTERS ROW,    1801 AMERICAN BOULEVARD EAST STE 21,    BLOOMINGTON MN 55425-1230
60480484        ##+AURORA LOAN SERVICES,    ATTN BANKRUPTCY DEPT,    2617 COLLEGE PARK,    SCOTTSBLUFF NE 69361-2294
                                                                                 TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2014                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2014 at the address(es) listed below:
              Jacqueline D Kuiper    on behalf of Debtor Eric Richard Tyler info@kuiperlaw.com,
               tawneyjameson@yahoo.com
              Jessica L. Blanner    on behalf of Interested Party    PNC Bank, N. A. jessica@uwllaw.com,
               alysa@uwllaw.com;maria@uwllaw.com;darren@uwllaw.com;melissa@uwllaw.com
              John A Hedback    on behalf of Trustee John A. Hedback jhedback@hac-mnlaw.com
              John A. Hedback     jhedback@ecf.epiqsystems.com
              John A. Hedback    on behalf of Trustee John A. Hedback jhedback@ecf.epiqsystems.com
              Mark D. Stephenson    on behalf of Interested Party    Wells Fargo Bank, NA marks@sstmnlaw.com,
               chrish@sstmnlaw.com;jeanb@sstmnlaw.com
              Paul A. Weingarden    on behalf of Interested Party    PNC Bank, N. A. alysa@uwllaw.com,
               paul@uwllaw.com;darren@uwllaw.com;maria@uwllaw.com;melissa@uwllaw.com
              US Trustee    ustpregion12.mn.ecf@usdoj.gov
                                                                                             TOTAL: 8
```